LONDON & PROVINCIAL MARINE & GENERAL INSURANCE CO., LTD., Appellant, v. STANDARD OIL COMPANY OF NEW YORK, INC., Respondent.— Judgment in favor of defendant in an action by plaintiff for the value of a truck and concrete mixer owned by its subrogor and destroyed by fire in a garage operated by defendant, with which, as bailee, the truck and concrete mixer were left, and order denying motion to set aside the verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

ELEANOR L. MANNIX, Respondent, v. IDA L. CHURCHILL, Appellant.— In an action for damages for breach of a written contract by which defendant employed plaintiff as a nurse for a fixed period at a stated compensation, order of the County Court of Westchester county directing summary judgment and judgment entered thereon, dismissing defendant's answer on the merits, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.